STATE of Missouri, Respondent,

v.

Anthony Joseph STANDIFER, Appellant.

No. WD 74181.

Missouri Court of Appeals, Western District.

Jan. 29, 2013.

Andrew C. Hooper, Jefferson City, MO, for respondent.

Laura Grether Martin, Kansas City, MO, for appellant.

Division Two: LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and KAREN KING MITCHELL, JJ.

## ORDER

PER CURIAM:

Anthony Standifer appeals his convictions for second-degree murder, first-degree robbery, and armed criminal action. He contends that the trial court plainly erred in sustaining the State's objection to certain portions of his testimony at trial and that he was thereby prejudiced. The judgment is affirmed. Rule 30.25(b).